# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2016

Robert P. Young, Jr.,
Chief Justice

152490

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

HORIZON IMAGING, LLC,
      Plaintiff-Appellee,

v

SC: 152490
COA: 322424
Oakland CC: 2013-137622-AV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant.
_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2016

